IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CATHY DAVIS | ) | |
| | ) | No. 3-12-0936 |
| v. | ) | |
| | ) | |
| HCA HEALTH SERVICES OF | ) | |
| TENNESSEE, INC. | ) | |

O R D E R

By order entered November 27, 2012 (Docket Entry No. 15), HCA Health Services of Tennessee, Inc. was substituted for Hospital Corporation of America, originally named as the defendant in this case.

Therefore, the Clerk is directed to terminate Hospital Corporation of America as the defendant in this case and to substitute therefor HCA Health Services of Tennessee, Inc. as the sole defendant in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge